DISPOSITION OF PETITIONS FOR CERTIORARI TO THE COURT OF APPEALS

---

IN RE HOGAN

No. 154 PC.

Case below: 24 N.C. App. 51.

Petition for writ of certiorari to North Carolina Court of Appeals denied 4 February 1975.

IN RE WILL OF MUCCI

No. 12.

Case below: 23 N.C. App. 428.

Petition of Caveators for writ of certiorari to North Carolina Court of Appeals allowed 7 January 1975. Motion of Propounders to dismiss appeal allowed 7 January 1975.

INSURANCE CO. v. INSURANCE CO.

No. 165 PC.

Case below: 23 N.C. App. 715.

Petition for writ of certiorari to North Carolina Court of Appeals denied 4 February 1975.

REDEVELOPMENT COMM. v. UNCO, INC.

No. 168 PC.

Case below: 23 N.C. App. 574.

Petition for writ of certiorari to North Carolina Court of Appeals denied 4 February 1975.

ROSE v. MOTOR SALES

No. 156 PC.

Case below: 23 N.C. App. 494.

Petition for writ of certiorari to North Carolina Court of Appeals allowed 4 February 1975.